THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00370-MR-WCM

| | | |
|---|---|---|
| SOURCE ASIA TRADING (SHANGHAI) CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) ) | **O R D E R** |
| THE ROBERT ALLEN DURALEE GROUP, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

This action was filed on December 28, 2018. [Doc. 1]. On January 29, 2019, the Plaintiff's counsel filed a Waiver of the Service of Summons, indicating that the Defendant had agreed to waive service of the summons and complaint in this case, thereby making the Defendant's Answer to the Complaint due no later than March 12, 2019. [Doc. 7]. As of the date of this Order, however, the Defendant has yet to file an answer, and the Plaintiff appears to have made no effort to prosecute this action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant.  **The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this case.**

**IT IS SO ORDERED.**

Signed: April 4, 2019

Martin Reidinger
United States District Judge