THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00370-MR-WCM

| | |
|---|---|
| SOURCE ASIA TRADING (SHANGHAI) CO., LTD., a wholly owned subsidiary of Creative Solutions International, Inc., )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE ROBERT ALLEN DURALEE GROUP, LLC, )<br><br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to the Court's Order of April 4, 2019 [Doc. 9].

By the present filing, the Plaintiff has advised the Court that the Defendant has filed a Petition under Chapter 11 of the United States Bankruptcy Code. It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 Collier on Bankruptcy ¶ 362.03[3] (16th ed. 2019); see also 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial,

administrative, or other action or proceeding against the debtor"). Accordingly, the Court will stay this action pending the Defendant's bankruptcy proceedings.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** until further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court every ninety (90) days until such time as the bankruptcy matter is closed.

**IT IS SO ORDERED**.

Signed: April 17, 2019

Martin Reidinger
United States District Judge